1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  LAWRENCE G. ANAPOLSKY,                    Case No. 2:13-CV-01086-JAM-EFB

12              Plaintiff,              **ORDER GRANTING STIPULATION
                                        FOR A TEMPORARY STAY OF
13       vs.                            PROCEEDINGS**

14  AMYLIN PHARMACEUTICALS, INC.;
    AMYLIN PHARMACEUTICALS, LLC;        Honorable John A. Mendez
15  ELI LILLY AND COMPANY; RALEY'S
    dba BEL AIR NO. 514; and DOES 1
16  through 50, inclusive,

17              Defendants.

18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

US_ACTIVE-113496235

# ORDER

Upon consideration of the parties' Stipulation for a Temporary Stay of Proceedings, this Court stays this matter until the Judicial Panel on Multidistrict Litigation rules on the pending MDL motion to consolidate various product liability actions in *In re Incretin Mimetics Prods. Liab. Litig.*, MDL No. 2452.  The deadline for Defendant Raley's to answer or otherwise respond to the Complaint is stayed until 10 days following the Judicial Panel on Multidistrict Litigation's ruling.

**IT IS SO ORDERED.**

DATED:  7/8/2013

/s/ John A. Mendez

Hon. John A. Mendez

U. S. DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER GRANTING STIPULATION FOR TEMPORARY STAY OF ALL PROCEEDINGS